# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JK SOFT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INNOAS, INC., SEUING JAI YI a/k/a NOAH LEE,<br><br>Defendants. | Civil Action No.:<br>18-199 (WJM) (CLW)<br><br>ORDER |

**WILLIAM J. MARTINI, U.S.D.J.**

Before the Court is Magistrate Judge Cathy L. Waldor's Report and Recommendation concerning Plaintiff JK Soft, Inc.'s Motion to Strike Defendant/Third Party Plaintiff Seung Jai Yi a/k/a Noah Lee's pleading and to enter default against him as a sanction for his ongoing failure to participate in this matter. The Court, having carefully reviewed the Report and Recommendation, and no party having timely filed objections thereto, and for good cause shown;

**IT IS**, on this _19_ day of February, 2025, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Cathy L. Waldor, ECF No. 106, is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's Motion to Strike, ECF No. 105, is **GRANTED**; and it is further

**ORDERED** that Defendant/Third Party Plaintiff Seung Jai Yi a/k/a Noah Lee's Answer, Counterclaims, and Third-Party Complaint, ECF No. 5, are **STRICKEN** pursuant to Federal Rule of Civil Procedure 37(b)(2)(iii); and it is further

**ORDERED** that Defendant/Third Party Plaintiff Seung Jai Yi a/k/a Noah Lee, as a sanction for his ongoing failure to provide discovery and comply with Orders of this Court, is determined to be in **DEFAULT** pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(vi); and it is further

**ORDERED** that Plaintiff is directed to file a motion for default judgment against both Defendants no later than **TWENTY ONE (21) DAYS** from the date of this Order.

The clerk is kindly instructed to terminate Plaintiff's Motion, ECF No. 105, and the corresponding Report & Recommendation, ECF No. 106.

_____
WILLIAM J. MARTINI, U.S.D.J.